Order issued October 30, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-00600-CV

**BALDEV SINGH, HARMISH KAUR, WAHE GURU ONE, LLC, AND SUBZI MANDI TEXAS, LLC, Appellants**

V.

**HARVINDER SINGH AND RASPAL SINGH NIJJAR, Appellee**

## ORDER

The Court has before it the October 29, 2012 motion of appellant Wahe Guru One, LLC LLC to substitute counsel. We **GRANT** the motion. The Clerk of the Court is **DIRECTED** to remove John Reeder as counsel of record for Wahe Guru One, LLC and to substitute the following as lead counsel in his place:

Eric J. Chartan
Mohomad Said
Law Firm of Modjarrad & Abusaad
100 N. Central Expwy., Suite 1000
Richardson, TX 75080

Submission of this case will not be delayed by appellants' substitution of new counsel, and the case will be submitted on the briefs currently on file.

MOLLY FRANCIS
PRESIDING JUSTICE